UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-62420-BLOOM

NYKA O'CONNOR,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court on Petitioner Nyka O'Connor's Motion for Reconsideration, ECF No. [18], filed on January 18, 2023. For the following reasons, the motion is denied.

In its December 29, 2022 Order Dismissing Petition, the Court confirmed that the Petition, ECF No. [1], was "second or successive" within the meaning of 28 U.S.C. § 2244(b). *See* ECF No. [17] at 2. Therefore, the Court lacks jurisdiction to decide this case and to grant Petitioner's Motion for Reconsideration, absent authorization from the United States Court of Appeals for the Eleventh Circuit. *See Gonzalez v. Sec'y for the Dep't. of Corr.*, 366 F.3d 1253, 1297-98 (11th Cir. 2004) (*en banc*) (citing *United States v. Winestock*, 340 F.3d 200, 207-09 (4th Cir. 2003)).

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Reconsideration, **ECF No. [18]**, is **DENIED**. The case shall remain closed.

Case No. 22-cv-62420-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 24, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Nyka O'Connor
199579
Apalachee Correctional Institution East
Inmate Mail/Parcels
35 Apalachee Drive
Sneads, FL 32460
PRO SE