UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-62420-BLOOM

NYKA O'CONNOR,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

                               /

## ORDER

**THIS CAUSE** is before the Court on *pro se* Petitioner Nyka O'Connor's Application to Proceed to District Court Without Prepaying Fees or Costs, ECF No. [23], docketed on March 7, 2023. As the Court previously dismissed Petitioner's Petition on December 29, 2022, *see* ECF No. [17], the Court construes the request as a Motion for Leave to Appeal *In Forma Pauperis*. For the following reasons, the Motion is denied.

In its December 29, 2022, Order the Court stated as follows: "[B]ecause the Petition is "second or successive," the Court has no authority to issue a certificate of appealability. *See Williams v. Chatman*, 510 F.3d 1290, 1295 (11th Cir. 2007) ("Without [successive] authorization, the district court lacked subject matter jurisdiction to consider the successive petition, and therefore could not issue a COA with respect to any of these claims.")." ECF No. [17] at 2. Nothing has changed.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Appeal *In Forma Pauperis*, **ECF No. [23]**, is **DENIED**. The case shall remain closed.

Case No. 22-cv-62420-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 10, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Nyka O'Connor
199579
Apalachee Correctional Institution East
Inmate Mail/Parcels
35 Apalachee Drive
Sneads, FL 32460
PRO SE